UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-2029-GW(SHKx) | Date | March 14, 2019 |
| Title | *James Rutherford v. Kafe Royale, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Osman M. Taher | Elizabeth A. Han | |

**PROCEEDINGS:** TELEPHONIC ORDER TO SHOW CAUSE RE SETTLEMENT

Counsel advise the Court settlement is being finalized. The Court continues the hearing to April 25, 2019 at 8:30 a.m., with a dismissal or a joint report to be filed by noon on April 23, 2019.

: 01

Initials of Preparer  JG