JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAFE ROYALE, a business of unknown form; JOSEPH L. AVAKIAN, TRUSTEE AND BETTY A. AVAKIAN, TRUSTEE, OF THE JOSEPH L. AVAKIAN AND BETTY A. AVAKIAN 2000 REVOCABLE TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV 18-2029-GW-SHKx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Kafe Royal and Betty A. Avakian ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 21, 2019

_____
GEORGE H. WU, U.S. DISTRICT JUDGE